UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**ANTHONY SALAZAR**,  Case No. 2:14-CV-00526-KI

        Petitioner,  JUDGMENT

    v.

**JEFF PREMO**,

        Respondent.

Francesca Freccero
Assistant Federal Public Defender
101 SW Main Street, Suite 1700
Portland, OR 97204

    Attorney for Petitioner

Ellen F. Rosenblum
Attorney General
Kristen E. Boyd
Senior Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096

    Attorneys for Respondent

Page 1 - JUDGMENT

KING, Judge:

Based on the record,

IT IS ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus [4] is denied. This proceeding is dismissed with prejudice. Because petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability is denied. See 28 U.S.C. § 2253(c)(2).

IT IS SO ORDERED.

DATED this ___18th___ day of September, 2015.

                                                       /s/ Garr M. King
                                                      Garr M. King
                                                      United States District Judge